UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| SANDRA L. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 2:13-CV-89 |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER

This matter is before the court for consideration of the report and recommendation filed by United States Magistrate Judge C. Clifford Shirley on June 11, 2014 [doc. 19]. Magistrate Judge Shirley recommended that plaintiff's petition for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 [doc. 15] be granted. There have been no timely objections filed to this report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Commissioner has submitted a response stating that she does not oppose the payment of the attorney's fees [doc. 18].

After a careful review of this matter, the court is in complete agreement with the magistrate judge's recommendation. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED** for the reasons stated in the report and recommendation,

which the court adopts and incorporates into its ruling, that plaintiff's motion for attorney's fees pursuant to the EAJA is **GRANTED**. Plaintiff is awarded One Thousand Four Hundred Seventy Five Dollars ($1,475.00) for attorney's fees, Three Hundred Fifty Dollars ($350.00) in costs, and Eighteen Dollars and Ninety Three Cents ($18.93) for expenses.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge